IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    14-cv-03036-WYD-CBS

ALISHA M. SHULL,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

## ORDER ON STIPULATED MOTION TO DISMISS

Having considered the Stipulated Motion to Dismiss with Prejudice (ECF No. 31), filed June 23, 2015, the Court hereby GRANTS the Motion, and this case is hereby Dismissed with Prejudice.

    Dated:    July 2, 2015.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE